# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTIN, ANN R | § | Case No. 17-18370 LAH |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/16/2017 . The undersigned trustee was appointed on 06/16/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $     20,900.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,900.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 3,606.39 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 15,393.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/21/2017  and the deadline for filing governmental claims was  12/13/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,840.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,840.00 , for a total compensation of $ 2,840.00 $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2018                    By:/s/ANDREW J. MAXWELL, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 17-18370 | LAH | Judge: LASHONDA A HUNT | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MARTIN, ANN R | | | Date Filed (f) or Converted (c): | 06/16/17 (f) |
| | | | | 341(a) Meeting Date: | 07/18/17 |
| For Period Ending: | 02/12/18 | | | Claims Bar Date: | 11/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Value is based the assessment | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Kia Sorento mileage: 70,000 | 10,500.00 | 0.00 | | 0.00 | FA |
| 3. 2007 Chevrolet Corvette (value per kbb.com) mileag | 19,000.00 | 20,900.00 | | 20,900.00 | FA |
| 4. Household goods including: 1 sofa, 1 coffee table, | 250.00 | 0.00 | | 0.00 | FA |
| 5. 2 televisions, 1 vcr, cell phone | 150.00 | 0.00 | | 0.00 | FA |
| 6. 1 bicycle | 50.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 8. wedding ring, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 4.00 | 0.00 | | 0.00 | FA |
| 10. US Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. UPS Stocks | 250.00 | 0.00 | | 0.00 | FA |
| 12. UPS IRA | 15,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $171,554.00 | $20,900.00 | | $20,900.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/18    Current Projected Date of Final Report (TFR): 01/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 17-18370 -LAH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MARTIN, ANN R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3001  Checking Account |
| Taxpayer ID No: | *******8519 | | | |
| For Period Ending: | 02/12/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/13/17 | 3 | AMERICAN AUCTION ASSOCIATE 508 W. BRITTANY DR ARLINGTON HGTS IL 60004 ANN R. MARTIN | VEHICLE SALE | | 19,000.00 | | 19,000.00 |
| | | HEATH INDUSTRIAL AUCTION SERVICE., | Memo Amount: ( 1,900.00 ) BUYERS PREMIUM | 3610-000 | | | |
| | | | Memo Amount: 20,900.00 VEHICLE SALE | 1129-000 | | | |
| 12/20/17 | 010001 | HEATH INDUSTRIAL AUCTION SERVICE, INC. 508 W BRITTANY DRIVE ARLINGTON HEIGHTS IL 60004 | CONSENSUAL LIEN FILE No 3061-N-2764 COLLATERAL 07 CHEVROLET CORVETTE | 4210-000 | | 3,606.39 | 15,393.61 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 20,900.00 | COLUMN TOTALS | 19,000.00 | 3,606.39 | 15,393.61 |
| Memo Allocation Disbursements: | 1,900.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 19,000.00 | 3,606.39 | |
| Memo Allocation Net: | 19,000.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 19,000.00 | 3,606.39 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 20,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,900.00 | Checking Account - ********3001 | 19,000.00 | 3,606.39 | 15,393.61 |
| Total Memo Allocation Net: | 19,000.00 | | 19,000.00 | 3,606.39 | 15,393.61 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          19,000.00          3,606.39

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 17-18370 -LAH | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MARTIN, ANN R | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3001 Checking Account |
| Taxpayer ID No: | *******8519 | | | |
| For Period Ending: | 02/12/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 12, 2018 |

Case Number: 17-18370  
Debtor Name: MARTIN, ANN R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 050<br>4110-00 | FIFTH THIRD BANK (CAR LIEN)<br>LOAN XXXXXX0202<br>2007 CHEVROLET CORVETTE-V,<br>VIN:<br>1G1YY26U075135518 | Secured | PAYOFF COLLATERAL GOOD TROUGH 10.16<br>PAID BY AUCTIONEER<br>AMOUNT 3,606.39<br>CHECK # 8090 SEE NOTES | $3,606.39 | $3,606.39 | $0.00 |
| | | | 2221933001   12/20/17   10001 | | 3,606.39 | |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 36-3557951 | Administrative | | $2,840.00 | $0.00 | $2,840.00 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602<br>Tax Id: 37-1501169 | Administrative | | $3,905.82 | $0.00 | $3,905.82 |
| 001<br>3610-00 | HEATH INDUSTRIAL AUCTION<br>SERVICE.,<br>508 W Brittany Dr<br>Arlington Heights IL 60004 | Administrative | 2221933001   12/13/17   5 | $2,273.67 | $1,900.00<br>1,900.00 | $373.67 |
| 000002A<br>058<br>5800-00 | IRS<br>PO Box 931200<br>Louisville, KY 40293 | Priority | | $13,792.87 | $0.00 | $13,792.87 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,292.59 | $0.00 | $1,292.59 |
| 000002B<br>070<br>7100-00 | IRS<br>PO Box 931200<br>Louisville, KY 40293 | Unsecured | | $1,891.84 | $0.00 | $1,891.84 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,560.07 | $0.00 | $4,560.07 |
| 000004<br>070<br>7100-00 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $5,080.95 | $0.00 | $5,080.95 |
| 000005<br>070<br>7100-00 | CACH, LLC its successors and assigns<br>as<br>assignee<br>of First National Bank Omaha | Unsecured | | $3,804.28 | $0.00 | $3,804.28 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 12, 2018 |
|---|---|---|---|---|---|---|

Case Number: 17-18370  
Debtor Name: MARTIN, ANN R  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | | | | |
| 000006<br>070<br>7100-00 | LVNV Funding, LLC its successors and assigns as<br>assignee of Capital One Bank (USA), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,767.50 | $0.00 | $2,767.50 |
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL ASSOCIATION<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | (7-1) Modified on 10/26/2017 to correct claim amount (ah) | $2,507.98 | $0.00 | $2,507.98 |
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to COMENITY BANK (VALUE CITY FURNITURE)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $2,861.59 | $0.00 | $2,861.59 |
| 000009<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (TJX)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,411.85 | $0.00 | $1,411.85 |
| 000010<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (WAL-MART)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $5,769.35 | $0.00 | $5,769.35 |
| 000011<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>Successor to CITIBANK, N.A. (EXXONMOBIL)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,145.21 | $0.00 | $1,145.21 |
| 000012<br>070<br>7100-00 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Unsecured | (12-1) Money Loaned | $2,523.44 | $0.00 | $2,523.44 |
| | Case Totals: | | | $62,035.40 | $5,506.39 | $56,529.01 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-18370 LAH
Case Name: MARTIN, ANN R
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

| | Balance on hand | $ | 15,393.61 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | FIFTH THIRD BANK (CAR LIEN) | $ 3,606.39 | $ 3,606.39 | $ 3,606.39 | $ 0.00 |

| | Total to be paid to secured creditors | $ | 0.00 |
| | Remaining Balance | $ | 15,393.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,840.00 | $ 0.00 | $ 2,840.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,825.00 | $ 0.00 | $ 3,825.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 80.82 | $ 0.00 | $ 80.82 |
| Auctioneer Fees: HEATH INDUSTRIAL AUCTION SERVICE., | $ 2,273.67 | $ 1,900.00 | $ 373.67 |

| | Total to be paid for chapter 7 administrative expenses | $ | 7,119.49 |
| | Remaining Balance | $ | 8,274.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,792.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | IRS | $ 13,792.87 | $ 0.00 | $ 8,274.12 |
| | Total to be paid to priority creditors | | | $ 8,274.12 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,616.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,292.59 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. | $ 4,560.07 | $ 0.00 | $ 0.00 |
| 000004 | MERRICK BANK | $ 5,080.95 | $ 0.00 | $ 0.00 |
| 000005 | CACH, LLC its successors and assigns as | $ 3,804.28 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | LVNV Funding, LLC its successors and | $ 2,767.50 | $ 0.00 | $ 0.00 |
| 000007 | Portfolio Recovery Associates, LLC | $ 2,507.98 | $ 0.00 | $ 0.00 |
| 000008 | Portfolio Recovery Associates, LLC | $ 2,861.59 | $ 0.00 | $ 0.00 |
| 000009 | Portfolio Recovery Associates, LLC | $ 1,411.85 | $ 0.00 | $ 0.00 |
| 000010 | Portfolio Recovery Associates, LLC | $ 5,769.35 | $ 0.00 | $ 0.00 |
| 000011 | Portfolio Recovery Associates, LLC | $ 1,145.21 | $ 0.00 | $ 0.00 |
| 000012 | Department Stores National Bank | $ 2,523.44 | $ 0.00 | $ 0.00 |
| 000002B | IRS | $ 1,891.84 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $                0.00

Remaining Balance      $                0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE