IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | No. 17-18370-LAH |
| MARTIN, ANN R | ) | |
| | ) | |
| | ) | Hon. LASHONDA A HUNT |
| | ) | Chapter 7 |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the foregoing Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney, and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and claims filed by United States Mail deposited on or before February 14, 2018.

                          /s/ Andrew J. Maxwell

                          Andrew J. Maxwell (ARDC #1799150)
                          **Maxwell Law Group, LLC**
                          20 N. Clark Street, Suite 200
                          Chicago, IL 60602
                          312/368-1138

# SERVICE LIST
# CASE 17-18370

## 17-18370 Electronic Notice mailed to:

**Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

**Xiaoming Wu** on behalf of Debtor 1 Ann R Martin
notice@billbusters.com, billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com

## Notice by Mail:

**Discover Bank Discover Products Inc**
PO Box 3025
New Albany, OH 43054-3025

**PORTFOLIO RECOVERY ASSOCIATES LLC**
PO BOX 41067
NORFOLK VA 23541-1067

**MERRICK BANK**
PO BOX 5000
Draper, UT 84020-5000

**IRS**
**PO Box 931200**
**Louisville, KY 40293**

**Capital One Bank**
PO Box 71083
Charlotte, NC 28272-1083

**CACH, LLC successor and assigns**
As assignee of First National Bank Omaha
PO Box 10587
Greenville, SC 29603-0587

**LVNV Funding, LLC its** successors and assigns as
assignee of Capital One Bank (USA), N.A.
PO Box 10587
Greenville, SC 29603-0587

**Department Stores National Bank**
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

**Ann R Martin**
1935 N. 74th Ave.
Elmwood Park, IL 60707