# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MARTIN, ANN R § Case No. 17-18370 LAH
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 115,804.00 *(Without deducting any secured claims)* | Assets Exempt: 39,150.00 |
| Total Distributions to Claimants: 11,880.51 | Claims Discharged Without Payment: 117,105.97 |
| Total Expenses of Administration: 9,019.49 | |

3) Total gross receipts of $ 20,900.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 20,900.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 258,451.00 | $ 3,606.39 | $ 3,606.39 | $ 3,606.39 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,019.49 | 9,019.49 | 9,019.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,550.79 | 13,792.87 | 13,792.87 | 8,274.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,311.62 | 35,616.65 | 35,616.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 336,313.41 | $ 62,035.40 | $ 62,035.40 | $ 20,900.00 |

4) This case was originally filed under chapter 7 on 06/16/2017 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/27/2018         By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 20,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,900.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 1830 East Paris Ave Grand Rapids, MI 49546 | | 6,766.00 | NA | NA | 0.00 |
| | Suntrust Bank Attn:Bankruptcy Dept Po Box 85092 Mc Va-Wmrk-7952 Richmond, VA 23286 | | 251,685.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIFTH THIRD BANK | 4210-000 | NA | 3,606.39 | 3,606.39 | 3,606.39 |
| TOTAL SECURED CLAIMS | | | $ 258,451.00 | $ 3,606.39 | $ 3,606.39 | $ 3,606.39 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 2,840.00 | 2,840.00 | 2,840.00 |
| MAXWELL LAW GROUP, LLC | 3110-000 | NA | 3,825.00 | 3,825.00 | 3,825.00 |
| MAXWELL LAW GROUP, LLC | 3120-000 | NA | 80.82 | 80.82 | 80.82 |
| HEATH INDUSTRIAL AUCTION SERVICE., | 3610-000 | NA | 2,273.67 | 2,273.67 | 2,273.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,019.49 | $ 9,019.49 | $ 9,019.49 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 931200 Louisville, KY 40293 | | 15,550.79 | NA | NA | 0.00 |
| 000002A | IRS | 5800-000 | NA | 13,792.87 | 13,792.87 | 8,274.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 15,550.79** | **$ 13,792.87** | **$ 13,792.87** | **$ 8,274.12** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Correspondence Po Box 981540 El Paso, TX 79998 | | 547.00 | NA | NA | 0.00 |
| | Blitt and Gaines PC 661 W. Glenn Avenue Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Bottom Line Books P.O. Box 11014 Des Moines, IA 50336-1014 | | 50.00 | NA | NA | 0.00 |
| | Bradford Exchange PO Box 9205 Old Bethpage, NY 11804-9005 | | 126.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Attn: General Correspondence/Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 4,560.00 | NA | NA | 0.00 |
| | Cardworks/CW Nexus Attn: Bankruptcy Po Box 9201 Old Bethpage, NY 11804 | | 5,081.00 | NA | NA | 0.00 |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193 | | 2,938.00 | NA | NA | 0.00 |
| | Discover Financial Po Box 3025 New Albany, OH 43054 | | 1,292.57 | NA | NA | 0.00 |
| | First Bank of Omaha 4340 S. Monaco St. Suite 400 Denver, CO 80217 | | 3,577.00 | NA | NA | 0.00 |
| | HSBC PO Box 80053 Salinas, CA 93912 | | 0.00 | NA | NA | 0.00 |
| | Hamilton Collection 9204 Central Fair Arts Niles, IL 60714 | | 186.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MERRICK BANK PO BOX 5000 Draper, UT 84020 | | 5,080.00 | NA | NA | 0.00 |
| | Midland Funding Attn: Bankruptcy Po Box 939069 San Diego, CA 92193 | | 2,939.00 | NA | NA | 0.00 |
| | Midland Funding Attn: Bankruptcy Po Box 939069 San Diego, CA 92193 | | 2,754.00 | NA | NA | 0.00 |
| | Midland Funding Attn: Bankruptcy Po Box 939069 San Diego, CA 92193 | | 1,935.00 | NA | NA | 0.00 |
| | Midland Funding Attn: Bankruptcy Po Box 939069 San Diego, CA 92193 | | 1,923.00 | NA | NA | 0.00 |
| | Midland Funding Attn: Bankruptcy Po Box 939069 San Diego, CA 92193 | | 1,556.00 | NA | NA | 0.00 |
| | New York & Company P.O. Box 182122 Columbus, OH 43218-2122 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom Fsb Correspondence Po Box 6555 Englewood, CO 80155 | | 977.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Po Box 41067 Norfolk, VA 23541 | | 5,769.00 | NA | NA | 0.00 |
| | Portfolio Recovery Po Box 41067 Norfolk, VA 23541 | | 3,238.00 | NA | NA | 0.00 |
| | Portfolio Recovery Po Box 41067 Norfolk, VA 23541 | | 2,862.00 | NA | NA | 0.00 |
| | Portfolio Recovery Po Box 41067 Norfolk, VA 23541 | | 1,298.00 | NA | NA | 0.00 |
| | Portfolio Recovery Po Box 41067 Norfolk, VA 23541 | | 1,145.00 | NA | NA | 0.00 |
| | Portfolio Recovery c/o Exn Mobile PO Box 12903 Norfolk, VA 23541 | | 1,145.21 | NA | NA | 0.00 |
| | Senior Book 103 Clover Green Peachtree City, GA 30269 | | 43.00 | NA | NA | 0.00 |
| | Super Market Gardens PO Box 1001 Wixom, MI 48393-1001 | | 45.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/ JC Penneys Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 5,399.00 | NA | NA | 0.00 |
| | Synchrony Bank/TJX Attn: Bankruptcy Po Box 956060 Orlando, FL 32896 | | 1,411.00 | NA | NA | 0.00 |
| | Taste Of Home books PO Box 26822 Lehigh Valley, PA 18002-6822 | | 20.00 | NA | NA | 0.00 |
| | Visa Dept Store National Bank/Macy's Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 2,523.00 | NA | NA | 0.00 |
| | Weltman, weinberg, & Reis 180 N. LaSalle St. Suite 2400 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| 000005 | CACH, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 3,804.28 | 3,804.28 | 0.00 |
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 4,560.07 | 4,560.07 | 0.00 |
| 000012 | DEPARTMENT STORES NATIONAL BANK | 7100-000 | NA | 2,523.44 | 2,523.44 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | 7100-000 | NA | 1,292.59 | 1,292.59 | 0.00 |
| 000002B | IRS | 7100-000 | 1,891.84 | 1,891.84 | 1,891.84 | 0.00 |
| 000006 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | NA | 2,767.50 | 2,767.50 | 0.00 |
| 000004 | MERRICK BANK | 7100-000 | NA | 5,080.95 | 5,080.95 | 0.00 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 2,507.98 | 2,507.98 | 0.00 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 2,861.59 | 2,861.59 | 0.00 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,411.85 | 1,411.85 | 0.00 |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 5,769.35 | 5,769.35 | 0.00 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,145.21 | 1,145.21 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 62,311.62 | $ 35,616.65 | $ 35,616.65 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-18370    LAH    Judge: LASHONDA A HUNT | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MARTIN, ANN R | Date Filed (f) or Converted (c):    06/16/17 (f) |
| | | 341(a) Meeting Date:    07/18/17 |
| For Period Ending: | 03/27/18 | Claims Bar Date:    11/21/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Value is based the assessment | 125,000.00 | 0.00 | | 0.00 | FA |
| 2. 2011 Kia Sorento mileage: 70,000 | 10,500.00 | 0.00 | | 0.00 | FA |
| 3. 2007 Chevrolet Corvette (value per kbb.com) mileag | 19,000.00 | 20,900.00 | | 20,900.00 | FA |
| 4. Household goods including: 1 sofa, 1 coffee table, | 250.00 | 0.00 | | 0.00 | FA |
| 5. 2 televisions, 1 vcr, cell phone | 150.00 | 0.00 | | 0.00 | FA |
| 6. 1 bicycle | 50.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 8. wedding ring, costume jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 4.00 | 0.00 | | 0.00 | FA |
| 10. US Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. UPS Stocks | 250.00 | 0.00 | | 0.00 | FA |
| 12. UPS IRA | 15,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $171,554.00 | $20,900.00 | | $20,900.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR SUBMITTED

TFR HEARING 2.18.18

TFR SUBMITTED 1.10.18

FUNDS COLLECTED

ASSET CASE

LFORM1

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 17-18370    LAH    Judge: LASHONDA A HUNT | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MARTIN, ANN R | Date Filed (f) or Converted (c):   06/16/17 (f) |
| | | 341(a) Meeting Date:   07/18/17 |
| | | Claims Bar Date:   11/21/17 |

Initial Projected Date of Final Report (TFR): 01/31/18          Current Projected Date of Final Report (TFR): 01/31/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-18370 -LAH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, ANN R | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******3001 Checking Account |
| Taxpayer ID No: | *******8519 |  |  |
| For Period Ending: | 03/27/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/13/17 | 3 | AMERICAN AUCTION ASSOCIATE 508 W. BRITTANY DR ARLINGTON HGTS IL 60004 ANN R. MARTIN HEATH INDUSTRIAL AUCTION SERVICE., | VEHICLE SALE  Memo Amount: ( 1,900.00 ) BUYERS PREMIUM  Memo Amount: 20,900.00 VEHICLE SALE |  3610-000 1129-000 | 19,000.00 |  | 19,000.00 |
| 12/20/17 | 010001 | HEATH INDUSTRIAL AUCTION SERVICE, INC. 508 W BRITTANY DRIVE ARLINGTON HEIGHTS IL 60004 | CONSENSUAL LIEN FILE No 3061-N-2764 COLLATERAL 07 CHEVROLET CORVETTE | 4210-000 |  | 3,606.39 | 15,393.61 |
| * 02/13/18 | 010002 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Claim #, interim Payment | 2100-003 |  | 2,840.00 | 12,553.61 |
| * 02/13/18 | 010002 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Claim #, interim Payment ERROR- printing checks- final report filed. No order granted yet | 2100-003 |  | -2,840.00 | 15,393.61 |
| * 02/13/18 | 010003 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Claim #, interim Payment  Fees 3,825.00 Expenses 80.82 |  3110-003 3120-003 |  | 3,905.82 | 11,487.79 |
| * 02/13/18 | 010003 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Claim #, interim Payment ERROR- printing checks-TFR filed -no order granted yet |  |  | -3,905.82 | 15,393.61 |

Page Subtotals     19,000.00     3,606.39

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-18370 -LAH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, ANN R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3001 Checking Account |
| Taxpayer ID No: | *******8519 | | |
| For Period Ending: | 03/27/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees         ( 3,825.00 ) | 3110-003 | | | |
| | | | Expenses    ( 80.82 ) | 3120-003 | | | |
| * 02/13/18 | 010004 | HEATH INDUSTRIAL AUCTION SERVICE., 508 W Brittany Dr Arlington Heights IL 60004 | Claim #, interim Payment | 3610-003 | | 373.67 | 15,019.94 |
| * 02/13/18 | 010004 | HEATH INDUSTRIAL AUCTION SERVICE., 508 W Brittany Dr Arlington Heights IL 60004 | Claim #, interim Payment ERROR- printing checks-TFR Filed no order granted yet | 3610-003 | | -373.67 | 15,393.61 |
| * 02/13/18 | 010005 | IRS PO Box 931200 Louisville, KY 40293 | Claim #, interim Payment | 5800-003 | | 8,274.12 | 7,119.49 |
| * 02/13/18 | 010005 | IRS PO Box 931200 Louisville, KY 40293 | Claim #, interim Payment ERROR- printing checks-TFR filed -no order granted yet | 5800-003 | | -8,274.12 | 15,393.61 |
| 03/09/18 | 010006 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Trustee Compensation o/c 3/8/2018 | 2100-000 | | 2,840.00 | 12,553.61 |
| 03/09/18 | 010007 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | atty fees and expenses o/c 3/8/2018 | | | 3,905.82 | 8,647.79 |
| | | | Fees         3,825.00 | 3110-000 | | | |
| | | | Expenses    80.82 | 3120-000 | | | |
| 03/09/18 | 010008 | HEATH INDUSTRIAL AUCTION SERVICE., 508 W Brittany Dr Arlington Heights IL 60004 | Auctioneer Expenses o/c 03/8/2018 | 3610-000 | | 373.67 | 8,274.12 |
| 03/09/18 | 010009 | IRS PO Box 931200 Louisville, KY 40293 | Priority Claim # 2A, final payment o/c 3/8/2018 | 5800-000 | | 8,274.12 | 0.00 |

Page Subtotals        0.00        15,393.61

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-18370 -LAH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MARTIN, ANN R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3001 Checking Account |
| Taxpayer ID No: | *******8519 | | |
| For Period Ending: | 03/27/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 20,900.00 | COLUMN TOTALS | 19,000.00 | 19,000.00 | 0.00 |
| Memo Allocation Disbursements: | 1,900.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 19,000.00 | 19,000.00 | |
| Memo Allocation Net: | 19,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 19,000.00 | 19,000.00 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 20,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,900.00 | Checking Account - *******3001 | 19,000.00 | 19,000.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 19,000.00 | | 19,000.00 | 19,000.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals             0.00           0.00

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*